Debtor name   **Sarai Investment Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known)   **18-82950**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  1, 2018**     X  **/s/ James C. Mitchell**
                                              Signature of individual signing on behalf of debtor

                                              **James C. Mitchell**
                                              Printed name

                                              **CEO**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Sarai Investment Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **18-82950**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ 220,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $ 6,584,412.83

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $ 6,804,412.83

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 70,584.84

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 2,237,765.17

4. **Total liabilities** ..............................................................................
   Lines 2 + 3a + 3b

   $ 2,308,350.01

Case 18-82950-CRJ11    Doc 27    Filed 11/01/18    Entered 11/01/18 10:35:22    Desc Main
Document    Page 2 of 30

Fill in this information to identify the case:

Debtor name **Sarai Investment Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **18-82950**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**        **Current value of debtor's interest**

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**        **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11.        **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **3,049,214.90** | - | **1,524,607.45** | = .... | **$1,524,607.45** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **3,975,590.78** | - | **1,987,795.39** | =.... | **$1,987,795.39** |
| | face amount | | doubtful or uncollectible accounts | | |

12.        **Total of Part 3.**
           Current value on lines 11a + 11b = line 12. Copy the total to line 82.        **$3,512,402.84**

**Part 4:**        **Investments**

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Desks & other office equipment | $362.30 | | Unknown |
| 40. | Office fixtures<br>Computers, laptops, cell phones | $50,000.00 | | $72,000.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $72,000.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office building at 3300 Westmill Road, Huntsville, AL 335805** | | $35,000.00 | Appraisal | $220,000.00 |

56. **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

          **$220,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>One internet domain name | $9.99 | | $9.99 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

          **$9.99**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No

☐ Yes

Case 18-82950-CRJ11    Doc 27    Filed 11/01/18    Entered 11/01/18 10:35:22    Desc Main
Document     Page 5 of 30

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) |  |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| | **Payroll taxes paid on behal fo WW Contractors**  Tax year **2017** | **Unknown** |
| **73.** | **Interests in insurance policies or annuities** |  |
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| | **Past due receivables** | **$3,000,000.00** |
| | Nature of claim<br>Amount requested                  **$3,000,000.00** |  |
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| **76.** | **Trusts, equitable or future interests in property** |  |
| **77.** | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| **78.** | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$3,000,000.00** |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,512,402.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $72,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $220,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $9.99 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,584,412.83 | + 91b. $220,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,804,412.83 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** **Alabama Department of Revenue**

Creditor's Name

**Income Tax Division**
**P O Box 327460**
**Montgomery, AL 36132**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**State Income Tax**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

|  | $70,584.84 | $0.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $70,584.84

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address<br>**Alabama Dept of Labor**<br>**649 Monroe Street**<br>**Montgomery, AL 36131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   State Unemployment Insurance<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,175.75** |
| **3.2**   Nonpriority creditor's name and mailing address<br>**American Express Company**<br>**200 Vesey Street**<br>**New York, NY 10285-3106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$140,000.00** |
| **3.3**   Nonpriority creditor's name and mailing address<br>**Arkansas Department of Finance**<br>**Little Rock Revenue Central Office**<br>**1900 W. 7th Street, Room 1040**<br>**Little Rock, AR 72201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   State Income Tax<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,463.23** |
| **3.4**   Nonpriority creditor's name and mailing address<br>**Baker Donelson**<br>**420 20th Street North**<br>**Birmingham, AL 35203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:   Unpaid Legal Fees<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$84,257.04** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Everest Funding**
8200 NW 52 Terrace, Floor 2
Doral, FL 33166

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Accounts Receivable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$452,220.80** |
|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,039,256.30** |
|---|---|---|---|

**James Calvin Mitchell**
6017 Doc Sandlin Road
Huntsville, AL 35811

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$203,043.43** |
|---|---|---|---|

**Joshuah Rodery**
7617 Mt. Carmel Drive
Orlando, FL 32835

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,420.56** |
|---|---|---|---|

**Michigan Department of Treasury**
Business Tax Section
PO Box 30427
Lansing, MI 48909

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Sales, Use & Withholding Taxes for March, April, May, & June 2018**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92.49** |
|---|---|---|---|

**Michigan Department of Treasury**
Business Tax Section
PO Box 30427
Lansing, MI 48909

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **State Income Tax**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$703.80** |
|---|---|---|---|

**Michigan Department of Treasury**
Business Tax Section
PO Box 30427
Lansing, MI 48909

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **State Unemployment Tax for 1st Quarter**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 18-82950-CRJ11    Doc 27    Filed 11/01/18    Entered 11/01/18 10:35:22    Desc Main
Document    Page 10 of 30

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.23 |
|---|---|---|---|

**Oklahoma Tax Commission**
**PO Box 26860**
**Oklahoma City, OK 73126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **State Withholding Tax for December 2017, March 2018 & June 2018**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pearl Capital**
**100 William Street, 9th Floor**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Accounts Receivable**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,993.48 |
|---|---|---|---|

**Pennsylvania Department of Revenue**
**PO Box 280422**
**Harrisburg, PA 17128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **State Withholding Tax**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,515.31 |
|---|---|---|---|

**Pennsylvania Department of Revenue**
**PO Box 280422**
**Harrisburg, PA 17128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **State Unemployment Taxes for 1st & 2nd Quarters**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,347.20 |
|---|---|---|---|

**Silver Star Shopping**
**301 S. New York Avenue**
**Suite 200**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,310.00 |
|---|---|---|---|

**Terrence Howard**
**2903 Chantry Place**
**Gurley, AL 35748**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,678.09 |
|---|---|---|---|

**Texas Comptroller of Public Accounts**
**PO Box 13528, Capital Station**
**Austin, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **State Income Tax**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,678.09 |
|---|---|---|---|

**Texas Comptroller of Public Accounts**
**PO Box 13528, Capital Station**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** State Unemployment Taxes

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,332.09 |
|---|---|---|---|

**Virginia Tax**
**Office of Customer Services**
**PO Box 1115**
**Richmond, VA 23218-1115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** State Income Tax

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,332.09 |
|---|---|---|---|

**Virginia Tax**
**Office of Customer Services**
**PO Box 1115**
**Richmond, VA 23218-1115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** State Withholding Taxes for 2017 & 2018

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,987.90 |
|---|---|---|---|

**Virginia Tax**
**Office of Customer Services**
**PO Box 1115**
**Richmond, VA 23218-1115**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** State Unemployment Tax

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,152.29 |
|---|---|---|---|

**Voya**
**Accounting and Collecitons**
**PO Box 75131**
**Charlotte, NC 28275**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**WW Contractors, Incorporated**
**115 W. Mulberry Street**
**Baltimore, MD 21201**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Pending lawsuit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case 18-82950-CRJ11    Doc 27    Filed 11/01/18    Entered 11/01/18 10:35:22    Desc Main
Document     Page 12 of 30

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christopher S. Young, Esq.** **Business & Technology Law Group** **6310 Hillside Court, Ste. 160** **Columbia, MD 21046** | Line  **3.24**  ☐ Not listed. Explain ____ | _ |
| 4.2 | **Jospeh S. Ammons** **649 Monroe Street** **Montgomery, AL 36131** | Line  **3.1**  ☐ Not listed. Explain ____ | _ |
| 4.3 | **Oklahoma Tax Commission** **PO Box 26850** **Oklahoma City, OK 73126-0850** | Line  **3.12**  ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **2,237,765.17** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | **2,237,765.17** |

**Fill in this information to identify the case:**

Debtor name    **Sarai Investment Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    **18-82950**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Sarai Investment Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **18-82950**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Case 18-82950-CRJ11    Doc 27    Filed 11/01/18    Entered 11/01/18 10:35:22    Desc Main
Document     Page 15 of 30

Fill in this information to identify the case:

Debtor name **Sarai Investment Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **18-82950**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business ☐ Other _____ | $734,499.90 |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | $15,695,160.00 |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | $3,836,661.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Calvin Mitchell**<br>**6017 Doc Sandlin Road**<br>**Huntsville, AL 35811**<br>**CEO** | **6/28/2018 &**<br>**8/1/2018** | **$45,000.00** | **Repayment of short term loans for payroll & payments made to American Express** |
| 4.2. **Joshuah Rodery**<br>**7617 Mt. Carmel Drive**<br>**Orlando, FL 32835**<br>**Employee** | **6/28/2018 $**<br>**7/27/2018** | **$44,382.72** | **Payment to American Express Business Account on company's behalf. No personal expenses included.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Pearl Capital**<br>**100 William Street, 9th Floor**<br>**New York, NY 10038** | **Drafted funds directly to James C. Mitchell's retirement account (subsequently returned)**<br>Last 4 digits of account number: _____ | | **$92,000.00** |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sarai Investment Corporation v. Virginia Gilchrist, Lisa Rogers, Systems Development Corporation, and PGR Consultants, LLC**<br>**CV-2018-000015** | **Civil** | **Circuit Court of Madison County, Alabama**<br>**100 Northside Square**<br>**Huntsville, AL 35801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **WW Contractors, Incorporated v. Sarai Invesment Corporation, SSG WW JV, LLC, Sarai Services Group, Inc., BRM WW JV, LLC, and BRM Services, Inc. 24C18001742** | Civil | **Circuit Court for Baltimore City Courthouse East 111 North Calvert Street, Rm. 462 Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Alabama Department of Labor v. Sarai Investment Corporation CV-2018-901880** | Civil | **Circuit Court of Madison County, Alabama 100 Northside Square Huntsville, AL 35801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **AXA Retirement** | EIN:  **690866** |

    Has the plan been terminated?
    ☐ No
    ■ Yes

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Voya Financial** | EIN:  **817157** |

Has the plan been terminated?

■ No
☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| U-Haul<br>11410 W. Colonial Drive<br>Ocoee, FL 34761 | Courtney Mitchell<br>1535 Americana Boulevard<br>Apt. 12P<br>Orlando, FL 32839 | Office equipment & desks | ☐ No<br>■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| VSAT<br>1090 Queensgate Drive SE<br>Smyrna, GA 30082 | 3405 Triana Boulevard SW<br>Huntsville, AL 35805 | Teleport equipment | $600,000.00 |

---

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Sarai Services Group, Inc.** **3405 Triana Boulevard SW** **Huntsville, AL 35805** | **Joint venture for government work** | EIN:   46-2302969 <br> From-To   7/1/2016 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **James Higginbotham** **7689 Raegan Lane** **Spanish Fort, AL 36527** | **2/6/2018 - Present** |
| 26a.2.   **Juan Alvalle** **7148 Altis Way** **Apt. 302** **Orlando, FL 32836** | **3/20/2017 - 1/19/2018** |

Case 18-82950-CRJ11   Doc 27   Filed 11/01/18   Entered 11/01/18 10:35:22   Desc Main
Document       Page 21 of 30

| Name and address | Date of service From-To |
|---|---|
| 26a.3. Catherine Herrera<br>2569 Runion Circle<br>Orlando, FL 32837 | 1/9/2018 - 3/15/2018 |
| 26a.4. Amanda King<br>Address Unknown | 7/2016 - 4/28/2017 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Hall, Albright, Garrison & Associates PC<br>400 Meridian Street, Ste. 201<br>Huntsville, AL 35801 | 4/1/2018 - 5/24/2018 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. RNA Tax and Accounting<br>7863 W. Sample Road<br>Coral Springs, FL 33065 | 1/1/2016 - 2/1/2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. National Bank of Commerce<br>P.O. Box 381748<br>Birmingham, AL 35238 | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Calvin Mitchell | 6017 Doc Sandlin Road<br>Huntsville, AL 35811 | CEO / Ownership | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Joshuah Rodery | 7617 Mt. Carmel Drive Orlando, FL 32835 | COO | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Sarai Services Group, Inc. | EIN:      46-2302969 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Central Pension Fund | EIN:      Unknown |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __November 1, 2018__

__/s/ James C. Mitchell__                          __James C. Mitchell__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __CEO__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama

In re __Sarai Investment Corporation__                Case No. __18-82950__

                                    Debtor(s)          Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James Calvin Mitchell**<br>**6017 Doc Sandlin Road**<br>**Huntsville, AL 35811** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __November  1, 2018__          Signature __/s/ James C. Mitchell__

                                    __James C. Mitchell__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Alabama

In re    **Sarai Investment Corporation**           Case No.    **18-82950**

Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 1, 2018**          **/s/ James C. Mitchell**

**James C. Mitchell**/CEO
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Alabama Department of Revenue
Income Tax Division
P O Box 327460
Montgomery, AL 36132

Michigan Department of Treasury
Business Tax Section
PO Box 30427
Lansing, MI 48909

Texas Comptroller of Public Accou
PO Box 13528, Capital Station
Austin, TX 78711

Alabama Dept of Labor
649 Monroe Street
Montgomery, AL 36131

Michigan Department of Treasury
Business Tax Section
PO Box 30427
Lansing, MI 48909

Texas Comptroller of Public Accou
PO Box 13528, Capital Station
Austin, TX 78711

American Express Company
200 Vesey Street
New York, NY 10285-3106

Michigan Department of Treasury
Business Tax Section
PO Box 30427
Lansing, MI 48909

Virginia Tax
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115

Arkansas Department of Finance
Little Rock Revenue Central Office
1900 W. 7th Street, Room 1040
Little Rock, AR 72201

Oklahoma Tax Commission
PO Box 26860
Oklahoma City, OK 73126

Virginia Tax
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115

Baker Donelson
420 20th Street North
Birmingham, AL 35203

Pearl Capital
100 William Street, 9th Floor
New York, NY 10038

Virginia Tax
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115

Everest Funding
8200 NW 52 Terrace, Floor 2
Doral, FL 33166

Pennsylvania Department of Revenue
PO Box 280422
Harrisburg, PA 17128

Voya
Accounting and Collecitons
PO Box 75131
Charlotte, NC 28275

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
PO Box 280422
Harrisburg, PA 17128

WW Contractors, Incorporated
115 W. Mulberry Street
Baltimore, MD 21201

James Calvin Mitchell
6017 Doc Sandlin Road
Huntsville, AL 35811

Silver Star Shopping
301 S. New York Avenue
Suite 200
Winter Park, FL 32789

Christopher S. Young, Esq.
Business & Technology Law Group
6310 Hillside Court, Ste. 160
Columbia, MD 21046

Joshuah Rodery
7617 Mt. Carmel Drive
Orlando, FL 32835

Terrence Howard
2903 Chantry Place
Gurley, AL 35748

Jospeh S. Ammons
649 Monroe Street
Montgomery, AL 36131

Oklahoma  Tax  Commission
PO  Box  26850
Oklahoma City, OK 73126-0850

# United States Bankruptcy Court
## Northern District of Alabama

In re   **Sarai Investment Corporation**

                         Debtor(s)

Case No.   **18-82950**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sarai Investment Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  1, 2018**

Date

**/s/ Tazewell T. Shepard**

**Tazewell T. Shepard ASB-4962-S68T**

Signature of Attorney or Litigant

Counsel for   **Sarai Investment Corporation**

**Sparkman, Shepard & Morris, P.C.**

**303 Williams Avenue, Suite 1411**
**Huntsville, AL 35801**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re **Sarai Investment Corporation** _____ Case No. **18-82950**
Debtor(s)     Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James C. Mitchell**, declare under penalty of perjury that I am the **CEO** of **Sarai Investment Corporation**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 1st day of November, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James C. Mitchell**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James C. Mitchell**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James C. Mitchell**, **CEO** of this Corporation is authorized and directed to employ **Tazewell T. Shepard ASB-4962-S68T**, attorney and the law firm of **Sparkman, Shepard & Morris, P.C.** to represent the corporation in such bankruptcy case."

Date   November 1, 2018 _____ Signed   **/s/ James C. Mitchell**
    **James C. Mitchell**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Resolution of Board of Directors
of
**Sarai Investment Corporation**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **James C. Mitchell**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James C. Mitchell**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James C. Mitchell**, **CEO** of this Corporation is authorized and directed to employ **Tazewell T. Shepard ASB-4962-S68T**, attorney and the law firm of **Sparkman, Shepard & Morris, P.C.** to represent the corporation in such bankruptcy case.

Date  November 1, 2018      Signed  **/s/ James C. Mitchell**
                                                         **James C. Mitchell**

Date _____      Signed  _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy