\* Corrected

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA (Decatur)

| | | |
|---|---|---|
| IN RE:<br>Saral Investment Corporation<br><br><br>DEBTOR | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case 18-82950<br><br><br><br><br>Chapter 11 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its SECURED PROOF OF CLAIM No. 4 in the amount of $12,908.30, dated 12/19/2018, which was filed with the Court on 12/19/2018, for Texas Workforce Commission Account No. xx-xxx593-2.

Respectfully submitted this 20th day of December 2018.

/s/ Charles Beck
Accounts Examiner
Texas Workforce Commission

###