IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

SARAI INVESTMENT CORPORATION        CASE NO.: 18-82950-CRJ11

CHAPTER 11

---

**MOTION TO WITHDRAW CLAIM WITH NOTICE OF OBJECTION DEADLINE AND MOTION TO LIFT STAY**

---

COMES NOW Attorneys Joe N. Lampley and Whitney E. Tillman, and hereby move this Honorable Court to withdraw Claim No. 13 filed by Lisa Rogers pursuant to Fed. R. Bankr. P. 3006, and lift the stay enjoining all creditors and claimants from proceeding with any legal actions pursuant to 11 U.S.C. § 362(d). In support thereof, the undersigned says:

1. On October 3, 2018, Debtor, Sarai Investment Corporation, filed a petition for relief under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court, Northern District of Alabama in the case sub judice.

2. Upon said filing, an automatic stay order was issued under the authority of said Federal Court, pursuant to 11 U.S.C. Section 362, enjoining all creditors and claimants, from proceeding with any legal actions at this time.

3. At the time of filing the petition for relief under Chapter 11 of the United States Bankruptcy Code, Sarai Investment Corporation was involved in a pending case in the Madison County Circuit Court styled *Sarai Investment Corporation vs. Virginia Gilchrist et al.*, CV18-15.

4. On or about July 25, 2019, the undersigned filed a Motion to Conditionally Lift Stay, wherein the undersigned requested to file a counterclaim in the Madison County Circuit Court case.

5. Said motion was granted, and the counterclaim was filed on or about August 7, 2019.

6. The undersigned represent the Defendants in the above referenced case, including Lisa Rogers.

7. Ms. Rogers has filed a claim in the bankruptcy case in the amount of $350,000.00.

8. Ms. Rogers wishes to withdraw her claim, Claim No. 13, in order to litigate her claim for the $350,000.00 in the Madison County Circuit Court pursuant to the counterclaim that was filed on August 7, 2019.

Wherefore, the above premises considered, the undersigned ask this Honorable Court to:

a. Withdraw Claim No. 13 of Lisa Rogers; and

b. Lift the automatic stay for the purpose of permitting the matter of *Sarai Investment Corporation vs. Virginia Gilchrist et al.*, CV18-15 currently pending in the Madison County Circuit Court to resume litigation.

/s/ Lisa Rogers
Lisa Rogers

/s/ Whitney E. Tillman
Whitney E. Tillman/TIL014
ASB 3279-P21D
Attorney for Lisa Rogers
1330 Washington Street
Huntsville, Alabama 35801
Office: (256) 535-2226
Fax: (256) 535-2227
Email: WTillmanLaw@gmail.com

/s/ Joe N. Lampley
Joe N. Lampley/LAM004
ASB 9204-E67J
Attorney for Lisa Rogers
1330 Washington Street
Huntsville, Alabama 35801
Office: (256) 535-2226
Fax: (256) 535-2227
E-mail: joe.lampley@lampleylawoffices.com

## CERTIFICATE OF SERVICE

I, Joe N. Lampley, do hereby certify that I have this day of served a copy of the above and foregoing motion upon the Bankruptcy Trustee, and Attorney Tazewell Shepard by placing copies of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Richard M. Blythe, Trustee
400 Wells Street
Decatur, Alabama 35602

Tazewell Shepard, P.C.
P. O. Box 19045
Huntsville, AL 35804

This 15 day of November 2019.

/s/ Joe N. Lampley
Joe N. Lampley/LAM004

NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to allow withdrawal of the claim, or if you want the court to consider your views on the motion, then on or before Dec. 6, 2019, you or your attorney must file with the court a written objection explaining your position. Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

United States Bankruptcy Court
Northern District of Alabama

P.O. Box 2775
Decatur, Alabama 35602

If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the date stated above. You must also send a copy of your objection to:

Richard M. Blythe, Trustee
400 Wells Street
Decatur, Alabama 35602

Tazewell Shepard, P.C.
P. O. Box 19045
Huntsville, AL 35804

Joe N. Lampley
1330 Washington Street NW
Huntsville, Alabama 35801

If you or your attorney do not take these steps, the court may decide that you do not oppose an order allowing withdrawal of the claim, and may enter an order granting that relief